UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **10-11901-WGY**

**BILL GAUDREAU**
Plaintiff

v.

**AMERICAN EXPRESS COMPANY**
**GC SERVICES LIMITED PARTNERSHIP**
Defendant

**AMENDED DEFAULT JUDGMENT**

**YOUNG, D.J.**

    Default Judgment against Plaintiff Bill Gaudreau and for Defendants American Express Company and GC Services Limited Partnership.

By the Court,

/s/ Elizabeth Smith

_____
**Deputy Clerk**

September 9, 2011

To: All Counsel